Commonwealth ex rel. Ramp, Appellant, *v.* Maroney.

758

Submitted November 8, 1965. *Richard Ramp,* appellant, in propria persona; *Alexander Ogle,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., dissented.